McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DARREN TRAMAINE TONY MITCHELL AND RONALD JOHN GARNES,<br><br>　　　　　　　　　　Defendants. | CASE NO. 2:20-CR-00239-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 1, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.　　By previous order, this matter was set for status on February 1, 2021.

2.　　By this stipulation, defendants now move to continue the status conference until March 8, 2021 at 9:00 a.m., and to exclude time between February 1, 2021, and March 8, 2021 at 9:00 a.m., under Local Code T4.

3.　　The parties agree and stipulate, and request that the Court find the following:

　　a)　　The government has represented that the discovery associated with this case includes over 300 pages of photos and reports, as well as audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

　　b)　　Counsel for defendants desire additional time review the evidence, discuss case strategy with their clients, conduct independent factual investigation, and otherwise prepare for

1  trial.

2        c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 1, 2021 to March 8, 2021 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONTINUED ON NEXT PAGE]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 27, 2021 McGREGOR W. SCOTT
United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated:  January 27, 2021 /s/ JARED FAVERO
JARED FAVERO
Counsel for Defendant
DARREN TRAMAINE TONY MITCHELL

Dated:  January 27, 2021 /s/ MICHAEL LONG
MICHAEL LONG
Counsel for Defendant
RONALD JOHN GARNES

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  January 27, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE