PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00239-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | DATE: June 28, 2021 |
| DARREN TRAMAINE TONY MITCHELL AND RONALD JOHN GARNES, | TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on June 28, 2021.

2.      By this stipulation, defendants now move to continue the status conference until August 23, 2021 at 9:00 a.m., and to exclude time between June 28, 2021, and August 23, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 300 pages of photos and reports, as well as audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      On April 26, 2021, defendant Garnes filed a motion to suppress. The Court issued an order on the motion on June 22, 2021.

1         c)      Counsel for defendants desire additional time review the evidence in light of the

2 Court's order on the motion to suppress, discuss case strategy with their clients, research legal

3 issues related to trial and sentencing, conduct independent factual investigation, and otherwise

4 prepare for trial.

5         d)      Counsel for defendants believe that failure to grant the above-requested

6 continuance would deny them the reasonable time necessary for effective preparation, taking into

7 account the exercise of due diligence.

8         e)      The government does not object to the continuance.

9         f)      Based on the above-stated findings, the ends of justice served by continuing the

10 case as requested outweigh the interest of the public and the defendant in a trial within the

11 original date prescribed by the Speedy Trial Act.

12         g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13 et seq., within which trial must commence, the time period of June 28, 2021 to August 23, 2021,

14 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

15 because it results from a continuance granted by the Court at defendant's request on the basis of

16 the Court's finding that the ends of justice served by taking such action outweigh the best interest

17 of the public and the defendant in a speedy trial.

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

/ / /

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 24, 2021                            PHILLIP A. TALBERT
                                                Acting United States Attorney


                                                /s/ CAMERON L. DESMOND
                                                CAMERON L. DESMOND
                                                Assistant United States Attorney

Dated: June 24, 2021                            /s/ SHARI RUSK
                                                SHARI RUSK
                                                Counsel for Defendant
                                                DARREN TRAMAINE TONY
                                                MITCHELL

Dated: June 24, 2021                            /s/ MICHAEL LONG
                                                MICHAEL LONG
                                                Counsel for Defendant
                                                RONALD JOHN GARNES




**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  June 25, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE