MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RONALD GARNES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DARREN MITCHELL and<br>RONALD GARNES,<br>　　　　　　　　　Defendants.<br>==============================) | ) No. 2:20-cr-239 WBS<br>)<br>) STIPULATION AND ORDER<br>) TO CONTINUE STATUS CONFERENCE<br>) FOR BOTH DEFENDANTS<br>)<br>) Requested status conference date: 10-4-2021<br>) Time: 9:00 a.m.<br>) Judge: Hon. William B. Shubb<br>) |

STIPULATION REGARDING A NEW STATUS CONFERENCE DATE OF OCTOBER 4, 2021

It is hereby stipulated between the parties, Cameron Desmond, Assistant United States Attorney, Shari Rusk, attorney for defendant DARREN MITCHELL and Michael D. Long, attorney for defendant RONALD GARNES, that the status conference set for August 23, 2021, at 9:00 a.m. should be continued and re-set for October 4, 2021, at 9:00 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The government has provided over 350 pages of discovery.  All attorneys continue to read and view the discovery, investigate the case and meet with their respective clients.  Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

All parties are available to appear in this case on October 4, 2021.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Time has already been excluded through August 23, 2021.

All parties request the date of October 4, 2021, for the status hearing.  The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law.  The government agrees that a continuance is necessary.  Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to May 3, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  August 17, 2021                              Respectfully submitted,

                                                     /s/ Michael D. Long
                                                     MICHAEL D. LONG
                                                     Attorney for Ronald Garnes

                                                     /s/ Shari Rusk
                                                     SHARI RUSK
                                                     Attorney for Darren Mitchell

Dated:  August 17, 2021                              PHIL TALBERT
                                                     Acting United States Attorney

                                                     /s/ Cameron Desmond
                                                     CAMERON DESMOND
                                                     Assistant U.S. Attorney

ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The date for the status hearing in this matter is hereby re-set for October 4, 2021, at 9:00 a.m., before District Court Judge William B. Shubb.

Time is is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Time is also excluded because defendant Garnes's motion to suppress is still pending.  18 U.S.C.§ 3161(h)(1)(D).  Time is excluded through the new hearing date of October 4, 2021.

Dated:  August 17, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE