The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br><br>DARREN MITCHELL | **Case Number:  20-CR-239 WBS**<br><br>**STIPULATION AND ORDER**<br><br>**Date: December 13, 2021**<br>**Time: 9:00 am**<br>**Judge: Hon. William B. Shubb** |

By previous order this matter was set for status on December 13, 2021. Codefendant Garnes has previously entered a plea of guilty and is awaiting sentencing. This stipulation is between the Government and Defendant Mitchell only.        1.

By this stipulation, the parties (The United States of America and Darren Mitchell) now move to continue the status conference until February 14, 2022 at 9:00 am, and to exclude time between December 13, 2021 and February 14, 2021, under Local Code T4. Plaintiff does not oppose this request.

.        The parties agree and stipulate, and request that the Court find the following:

a.        The government has provided discovery associated with this case.

b.        Counsel for defendant Mitchell, Olaf Hedberg, was recently appointed to replace previous attorney, Shari Rusk. Counsel desires time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for these matters and to discuss potential resolutions with his client.

c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 13, 2021 to February 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

g. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Dated: December 8, 2021

Respectfully submitted

| /s/ Olaf W. Hedberg | /s/Cameron Desmond |
|---|---|
| Olaf W. Hedberg | Cameron Desmond |
| Attorney for Darren Mitchell | Assistant United States Attorney |

///

///

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the December 13, 2021 status conference be continued February 14, 2022 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that defendant Mitchell's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order until February 14, 2022.

IT IS SO ORDERED.

Dated:  December 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE