UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 27, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARREN TRAMAINE TONY MITCHELL<br><br>Defendant. | Case No. 2:20-cr-0239-WBS<br><br>**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DARREN TRAMAINE TONY MITCHELL Case No. 2:20-cr-0239-WBS Charges 21 USC § 846, 841(a)(1) from custody TEMPORARILY for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

    \_\_\_\_\_ Unsecured Appearance Bond $ _____

    **x** (Other): Defendant to be released on 7/29/2022 at 7:00 AM to defense investigator, Martin Whited and to return on 7/29/2022 by 4:00 PM.

Issued at Sacramento, California on July 27, 2022 at 2:18 PM

By: /s/ Carolyn K. Delaney
Magistrate Judge Carolyn K. Delaney