The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>DARREN MITCHELL | Case Number:  CR 20-239 WBS<br><br>Date: July 27, 2022<br>Time: 2 PM<br>Dept: KJN<br><br>**MOTION FOR TEMORARY RELEASE TO ATTEND FAMILY FUNERAL; ORDER** |

The defendant's aunt, Betty Jean Mitchell, passed away on July 2, 2022. (See, Cremation Certificate, attached hereto as Exhibit A) Her funeral will be held at 11:00 a.m. on July 29, 2022 at CP Bannon Mortuary 6800 International Blvd, Oakland, CA 94621.  (See, Funeral Announcement attached hereto as Exhibit B) Defendant requests for an order that he be ~~transported~~ released from the Sacramento County Jail at 7:00 AM on 7/29/2022 to ~~the United States Marshal's Office on the 5th Floor of the United States Courthouse the morning of July 29, 2022, and that Mr. Mitchell be released to~~ defense investigator Martin Whited, acting as a third

1

party custodian, for the purpose of being transported to the funeral service. (See, resume of Martin Whited, attached hereto as Exhibit C). The defense investigator will supervise Mr. Mitchell and act as third party custodian during the funeral services, and will return Mr. Mitchell to the Sacramento County Jail at the conclusion of the funeral service, and in no case later than 4:00 p.m.

      The defendant's family will drop off Mr. Mitchell' street clothes to the Marshal's office the day before the service.

      Ms. Betty Jean Mitchell played a key parental role for Mr. Mitchell during his upbringing. She was an island of stability and stepped into a maternal role during significant periods when Mr. Mitchell's own mother experienced periods of instability. (See, Declaration of Olaf Hedberg, attached hereto as exhibit D).

      Defendant respectfully requests that the Court grant this temporary release so that he may attend the funeral of his beloved Aunt, Betty Jean Mitchell.

.

DATED: July 18, 2022              /s/ Olaf W. Hedberg
                                         Attorney for Defendant
                                         Darren Mitchell

ORDER

IT IS HEREBY ORDERED that defendant Darren Mitchell be ~~transported~~ released from the Sacramento County Jail ~~to the United States Marshal's Office by~~ at 7:00 a.m. on July 29, 2022. ~~It is further ordered that Mr. Mitchell be released~~ to defense investigator Martin Whited, who will serve as a third party custodian of Mr. Mitchell. Defense investigator Whited is directed to transport and accompany Mr. Mitchell to the defendant's aunt's funeral at CP Bannon Mortuary 6800 International Blvd, Oakland, CA 94621 for the purpose of attending the funeral of Ms. Betty Jean Mitchell. Mr. Mitchell is ordered to return to the ~~United States Marshal's Office~~ Sacramento County Jail upon the conclusion of the proceedings, and in no event later than 4:00 p.m. on July 29, 2022. Mr. Mitchell is ordered to comply with all directions of the third party custodian.

Dated:  July 28, 2022

*[signature: Carolyn K. Delaney]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE