PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>DARREN TRAMAINE TONY MITCHELL,<br><br>                Defendant. | CASE NO.  2:20-CR-00239-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 6, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.      By previous order, this matter was set for status on February 6, 2023.

2.      By this stipulation, the defendant now moves to continue the status conference until March 13, 2023, and to exclude time between February 6, 2023, and March 13, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes over 400 pages of photos and reports, as well as audio recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Defense counsel was appointed on October 3, 2022, and received the discovery on October 13, 2022.

c)      On January 24, 2023, Defense counsel's investigator reviewed the physical evidence seized from the defendant's residence, located at DEA.

d)      The government produced an additional report and made a recording available to defense counsel on January 30, 2023.

e)      Counsel for the defendant desires additional time review the new evidence, conduct independent factual investigation, and otherwise prepare for trial.

f)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g)      The government does not object to the continuance.

h)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 6, 2023 to March 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4    IT IS SO STIPULATED.

5

6 Dated: January 31, 2023                          PHILLIP A. TALBERT
                                                   United States Attorney

7

8                                                  /s/ CAMERON L. DESMOND
                                                   CAMERON L. DESMOND
                                                   Assistant United States Attorney

9

10 Dated: January 31, 2023                         /s/ TONI WHITE
                                                   TONI WHITE
11                                                 Counsel for Defendant
                                                   DARREN TRAMAINE TONY
12                                                 MITCHELL

13

14

15                          **FINDINGS AND ORDER**

16    IT IS SO FOUND AND ORDERED.

17  Dated:  February 1, 2023

18                                                 WILLIAM B. SHUBB
                                                   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28