PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:20-CR-00239-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DARREN TRAMAINE TONY MITCHELL, | DATE: March 13, 2023 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. William B. Shubb |

## STIPULATION

1.      By previous order, this matter was set for status on March 13, 2023.

2.      By this stipulation, the parties now move to vacate the status conference and to set this case for trial to begin on December 12, 2023 at 9:00 a.m., and a Trial Confirmation Hearing November 6, 2023 at 9:00 a.m., and to exclude time between March 13, 2023, and December 12, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 400 pages of photos and reports, as well as audio recordings.  This discovery has been either produced directly to counsel and/or made available for inspection and copying.

/ / /

/ / /

b)      Counsel for the defendant has parole representation responsibilities for parole hearings held for three weeks in May 2023.  She also has federal trials scheduled for July 11, 2023, and August 23, 2023.

c)       Counsel for the defendant needs additional time to review the evidence, conduct independent factual investigation, interview potential witnesses, meet with her client regarding trial strategy, assess pre-trial motions, research legal trial and sentencing issues, and otherwise prepare for trial.

d)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 13, 2023 to December 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | / / /

2 |        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

3 | Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4 | must commence.

5 |       IT IS SO STIPULATED.

6 |

7 | Dated:  March 7, 2023                          PHILLIP A. TALBERT
 |                                         United States Attorney

8 |

9 |                                       /s/ CAMERON L. DESMOND
 |                                       CAMERON L. DESMOND
 |                                       Assistant United States Attorney

10 |

11 | Dated:  March 7, 2023                          /s/ TONI WHITE
 |                                       TONI WHITE
 |                                       Counsel for Defendant

12 |                                       DARREN TRAMAINE TONY
 |                                       MITCHELL

13 |

14 |

15 |                           **FINDINGS AND ORDER**

16 |       IT IS SO FOUND AND ORDERED:

17 |       Trial shall begin on December 12, 2023 at 9:00 a.m., and a Trial Confirmation Hearing is set for

18 | November 6, 2023 at 9:00 a.m.  Time shall be excluded between March 13, 2023, and December 12,

19 | 2023, under Local Code T4.   The March 13, 2023 Status Conference is vacated.

20 |

21 |       Dated:  March 8, 2023

22 |                                       WILLIAM B. SHUBB
 |                                       UNITED STATES DISTRICT JUDGE