TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
DARREN MITCHELL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-CR-00239 WBS |
| Plaintiff, | **ORDER ON WAIVER OF APPEARANCE** |
| v. | |
| Darren Mitchell | |
| Defendant. | |

Based on the Request for Appearance Waiver filed with this Court on June 19, 2023, and on the information and signatures contained therein, it is hereby ordered that Defendant DARREN MITCHELL's appearance be waived in the circumstances set forth herein, subject to any Order by the Court requiring his appearance, which would supersede this Order.

DARREN MITCHELL's appearance is waived for hearings of any motion or other pre-trial proceeding in this case and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of a jury, trial and imposition of

sentence pursuant to Federal Rule of Criminal Procedure 43(b)(3).

IT IS SO ORDERED.

Dated:  June 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE