UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 22, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARREN TRAMAINE TONY MITCHELL,<br><br>Defendant. | Case No. 2:20-cr-00239-WBS-1<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DARREN TRAMAINE TONY MITCHELL</u> Case No. <u>2:20-cr-00239-WBS-1</u> Charges <u>21 USC § 846, 841(a)(1)</u> from custody for the following reasons:

| | |
|---|---|
| ____ | Release on Personal Recognizance |
| ____ | Bail Posted in the Sum of $ _____ |
| ____ | Unsecured Appearance Bond $ _____ |
| ____ | Appearance Bond with 10% Deposit |
| ____ | Appearance Bond with Surety |
| ____ | Corporate Surety Bail Bond |
| x | (Other): <u>Release delayed until tomorrow, 6/23/2023 at 6:30 AM, and to return to Butte County Jail same day 6/23/2023 no later than 8:00 PM.</u> |

Issued at Sacramento, California at 2:54 PM.

Dated:  June 22, 2023

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE