TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
DARREN MITCHELL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Darren Mitchell<br><br>Defendant. | No. 2:20-CR-00239-01 WBS<br><br>**ORDER SEALING MEMORANDUM FILED IN SUPPORT OF STATUS OF COUNSEL AND REQUEST TO SEAL** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Darren Mitchell, IT IS HEREBY ORDERED that the Memorandum in Support of Status of Counsel hearing and the Request to Seal shall be SEALED until further order of this Court.

Dated: September 28, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1