1  PHILLIP A. TALBERT
United States Attorney
2  CAMERON L. DESMOND
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 2:20-CR-00239-WBS

12                    Plaintiff,       STIPULATION AND [ORDER] TO VACATE
                                       TRIAL CONFIRMATION HEARING AND TRIAL,
13        v.                           SET STATUS, AND EXCLUDE TIME

14  DARREN TRAMAINE TONY MITCHELL,     DATE: November 6, 2023
                                       TIME: 9:00 a.m.
15                    Defendant.       COURT: Hon. William B. Shubb

16

17

18                        **STIPULATION**

19        1.      By previous order, this matter was set for Trial Confirmation Hearing (TCH) on

20  November 6, 2023, and a jury trial to begin on December 12, 2023.

21        2.      The Court appointed new defense counsel on October 2, 2023.

22        3.      By this stipulation, the parties now move to vacate the TCH and trial, and to set this case

23  for a status conference on December 11, 2023 at 9:00 a.m.  Time has already been excluded through

24  December 12, 2023.  Given the new case posture, the parties have additional grounds for an exclusion of

25  time as set forth below, and request that the Court exclude time on the basis of these new facts between

26  October 3, 2023, and December 11, 2023, under Local Code T4.

27        4.      The parties agree and stipulate, and request that the Court find the following:

28               a)      The government has represented that the discovery associated with this case

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

1    includes over 400 pages of photos and reports, as well as audio recordings.  This discovery has

2    been produced to the defendant through his prior counsel and/or be made available for

3    inspection.  This discovery will be provided to new counsel in the next two weeks.

4              b)       Counsel for the defendant needs time to review the evidence, conduct independent

5    factual investigation, interview potential witnesses, meet with his client regarding case and trial

6    strategy, research legal trial and sentencing issues, and otherwise prepare for trial.

7              c)       Counsel for the defendant believes that failure to grant the above-requested

8    continuance would deny him the reasonable time necessary for effective preparation, taking into

9    account the exercise of due diligence.

10             d)       The government does not object to the continuance.

11             e)       Based on the above-stated findings, the ends of justice served by continuing the

12   case as requested outweigh the interest of the public and the defendant in a trial within the

13   original date prescribed by the Speedy Trial Act.

14             f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

15   et seq., within which trial must commence, the time period of October 3, 3023 to December 11,

16   2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

17   T4] because it results from a continuance granted by the Court at defendant's request on the basis

18   of the Court's finding that the ends of justice served by taking such action outweigh the best

19   interest of the public and the defendant in a speedy trial.

20                                            CONTINUED ON NEXT PAGE

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 3, 2023                    PHILLIP A. TALBERT
                                           United States Attorney


                                           /s/ CAMERON L. DESMOND
                                           CAMERON L. DESMOND
                                           Assistant United States Attorney

Dated:  October 3, 2023                    /s/ MARK  REICHEL
                                           MARK REICHEL
                                           Counsel for Defendant
                                           DARREN TRAMAINE TONY
                                           MITCHELL


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.


Dated:  October 4, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3