PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>DARREN TRAMAINE TONY MITCHELL,<br><br>               Defendant. | CASE NO.  2:20-CR-00239-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 4, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.      By previous order, this matter was set for status on March 4, 2024.

2.      By this stipulation, the parties now move to vacate the status conference and to set this case for a two-week trial to begin on **November 13, 2024 at 9:00 a.m.,** and a Trial Confirmation Hearing **September 30, 2024 at 9:00 a.m**., and to exclude time between March 4, 2024, and November 13, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

     a)      The government has represented that the discovery associated with this case includes over 400 pages of photos and reports, as well as audio recordings.  This discovery has been either produced directly to counsel and/or made available for inspection and copying.

/ / /

/ / /

   b)  Counsel for the defendant was appointed on October 2, 2023.

   c)  Counsel for the defendant needs additional time to review the evidence, conduct independent factual investigation, interview potential witnesses, meet with her client regarding trial strategy, assess pre-trial motions, research legal trial and sentencing issues, and otherwise prepare for trial.

   d)  Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e)  The government does not object to the continuance.

   f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 4, 2024 to November 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 28, 2024          PHILLIP A. TALBERT
                                   United States Attorney


                                   /s/ CAMERON L. DESMOND
                                   CAMERON L. DESMOND
                                   Assistant United States Attorney

Dated:  February 28, 2024          /s/ MARK REICHEL
                                   MARK REICHEL
                                   Counsel for Defendant
                                   DARREN TRAMAINE TONY
                                   MITCHELL


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.


Dated:  February 28, 2024          WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE