PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
SAMUEL STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00239-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DARREN TRAMAINE TONY MITCHELL, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for trial on November 13, 2024

2. By this stipulation, the parties now move to continue the trial to March 18, 2025, and to exclude time between November 13, 2024, and March 18, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 400 pages of photos and reports, as well as audio recordings and a phone download. This discovery has been provided to counsel from prior counsel and will be reproduced by the government to new counsel. Exhibits have been made available for review and inspection.

   b) Counsel for the defendant was appointed on September 23, 2024.

   c) As stated on the record at the hearing on September 23, 2024, counsel for the

1  defendant needs additional time to review the evidence, conduct independent factual
2  investigation, interview potential witnesses, meet with his client regarding trial strategy, assess
3  pre-trial motions, research legal trial and sentencing issues, and otherwise prepare for trial.

4        d)     Counsel for the defendant believes that failure to grant the above-requested
5  continuance would deny him the reasonable time necessary for effective preparation, taking into
6  account the exercise of due diligence.

7        e)     The government does not object to the continuance.

8        f)     Based on the above-stated findings, the ends of justice served by continuing the
9  case as requested outweigh the interest of the public and the defendant in a trial within the
10 original date prescribed by the Speedy Trial Act.

11       g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12 et seq., within which trial must commence, the time period of November 13, 2024 to March 18,
13 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
14 T4] because it results from a continuance granted by the Court at defendant's request on the basis
15 of the Court's finding that the ends of justice served by taking such action outweigh the best
16 interest of the public and the defendant in a speedy trial.

17 4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
18 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
19 must commence.

20     IT IS SO STIPULATED.

21 Dated: September 26, 2024           PHILLIP A. TALBERT
                                                   United States Attorney
22

23                                                 /s/ CAMERON L. DESMOND
                                                   CAMERON L. DESMOND
24                                                 Assistant United States Attorney

25 Dated: September 26, 2024           /s/ KYLE KNAPP
                                                   KYLE KNAPP
26                                                 Counsel for Defendant
                                                   DARREN TRAMAINE TONY
27                                                 MITCHELL

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 27, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE