Kyle R. Knapp, SBN 166597
Attorney at Law
916 2nd Street
2nd Floor
Sacramento, CA 916814
916-441-4717
Fax:916-441-4299
kyleknapp@sbcglobal.net

Attorney for Defendant
Darren Mitchell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  20-CR-239-01 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
|  | ) **TRIAL STATUS CONFERENCE AND** |
| vs. | ) **EXCLUDE TIME** |
| DARREN MITCHELL, | ) Date:   January 21, 2025 |
|  | ) Time:  10 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Cameron Desmond, counsel for Plaintiff and Kyle Knapp, counsel for DARREN MITCHELL, that the trial confirmation hearing currently set for January 13, 2025, at 10:00am be continued to **January 21, 2025 at 10:00 a.m.**

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on January 13, 2025 at 10:00 a.m.

2. By stipulation, Mr. Mitchell now moves to continue the trial status conference to January 21, 2025, at 10:00 a.m.

3. To date, the government has produced approximately 559 pages of discovery and there are some supplemental phone records and drug testing notes that are being produced in the next week or so.

4. Counsel for Mr. Mitchell substituted into the case on September 23, 2024, and

1  needs addition time for further meetings with his client, to investigate and
2  research possible defenses, research potential pretrial motions, and explore
3  potential resolutions to the case, and otherwise prepare for trial.

4  5. Mr. Mitchell believes that failure to grant the requested continuance would deny
5  him the reasonable time necessary for effective preparation, taking into account
6  the exercise of due diligence.

7  6. The government does not object to the continuance.

8  7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial
9  Act), the parties request that the time period between January 7, 2025 and January
10 21, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. §
11 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance
12 granted by the Court at the defense's request, based on a finding that the ends of
13 justice served by granting the continuance outweighs the best interest of the
14 public, Mr. Mithcell in a speedy trial.

Respectfully submitted,

Date: January 7, 2025        */s/ Kyle Knapp*
                             Kyle Knapp
                             Attorney for Mr. Mitchell

Date: January 7, 2025        PHILLIP A. TALBERT
                             United States Attorney

                             */s/ Cameron Desmond*
                             Cameron Desmond
                             Assistant United States Attorney
                             Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: January 8, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE