UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-239-01 WBS |
| Plaintiff, | |
| v. | ORDER |
| DARREN MITCHELL, | |
| Defendant. | |

----oo0oo----

The government has moved, in camera, to prevent disclosure of certain material to the defendant, exclude any questioning on that material at trial, and to seal all documents related to that request. The motion is DENIED.[1] See United States v. Cadet, 727 F.2d 1453, 1467-68 (9th Cir. 1984). Any objections to the evidence offered at trial will be ruled upon at

---

[1] The court questions the timeliness of this motion, given that the government appears to have known about the material at issue since the time the indictment was filed, if not earlier.

1

the time the evidence is offered, as it would be premature to make any determination as to whether the materials are admissible at this time.

IT IS SO ORDERED.

Dated: February 14, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE