MICHELE BECKWITH
Acting United States Attorney
CAMERON L. DESMOND
SAM STEFANKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:20-CR-00239-WBS |
| Plaintiff, | STIPULATION AND ORDER REGULATING DISCOVERY |
| v. | |
| DARREN TRAMAINE TONY MITCHELL, | |
| Defendant. | |

**STIPULATION**

The United States of America (the "government") and defendant Darren Tramaine Tony Mitchell, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.     The government and the defendant request that the Court exercise its authority to regulate a subset of discovery in this case, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure.

2.     The parties' stipulation and proposed order applies to all discovery produced to or made available to defense counsel regarding a cooperating source of information who made two recorded calls to the defendant in December 2020, as described in discovery at MITCHELL_00000081 (the "protected material"). Protected material includes recordings of these December 2020 voice calls and any other materials that may be produced prior to trial related to this cooperating source.

3.     The parties' stipulation and proposed order also applies to all discovery produced to or made available to defense counsel after February 21, 2025, and regarding the defendant's co-defendant,

Ronald Garnes. This category of protected material includes audio recordings of an interview Garnes gave to law enforcement officers in or around December 2020 on the date a search warrant was executed at 162 Kemper Street in Vallejo, as well as an updated copy of Garnes's criminal history.

4.     When the government produces discovery to defense counsel, the government shall identify protected material as such by:

a)     Designating the protected material by Bates range via email, cover letter, or other written communication;

b)     Applying an identifying Bates stamp to the protected material that distinguishes protected material from non-protected discovery; or

c)     By any other means reasonably designed to give notice to defense counsel about what discovery qualifies as protected material.

5.     Defense counsel shall not disclose any protected material or the contents of any protected material to any person other than the defendant, potential defense witnesses being prepared to testify at trial, counsel for any such defense witnesses, and employees of defense counsel who defense counsel deems reasonably necessary to assist in preparation for trial in this case (such as attorneys, paralegals, secretaries, experts, investigators, and law clerks).

6.     The defendant may listen to or review protected material in the presence of defense counsel, but the defendant may not retain a copy of any protected material, nor may the defendant disseminate any protected material.

7.     Protected material and the information it contains may only be used in connection with litigating this case. Protected material and the information it contains may not be used for any other purpose.

8.     Defense counsel will store protected material in a secure location, such as a locked office or filing cabinet. Defense counsel shall use reasonable care to ensure that protected material is not disclosed to third parties in violation of this stipulation and order.

9.     To the extent that protected material or any copies or reproductions of protected material exist in electronic form, such electronic protected material shall be stored on an encrypted storage medium or device that is protected by a secure password. Any password, encryption key, or other

mechanism to decrypt any electronic storage medium containing protected material shall be stored in a separate location from the medium that those credentials unlock.

10.     Should defense counsel cause to be made any copies of protected material, defense counsel will ensure that the following is written on each copy of protected material:  "SENSITIVE MATERIAL – May Not Be Disseminated Except in Accordance With Court Protective Order."

11.     If defense counsel releases custody of any protected material or copies of protected material to another person in accordance with the terms of this stipulation and order, defense counsel shall provide any recipients with a copy of the order.

12.     Defense counsel shall promptly advise the government of any subpoenas, document requests, or claims for access to protected material by any third parties, so that the government may take action to resist or comply with any such requests or demands.

13.     Defense counsel agrees to be responsible for advising the defendant, any other members of the defense team, and any potential defense witnesses of the contents and requirements of this stipulation and order. If defense counsel desires to provide protected material to any other person in accordance with the provisions of this stipulation and order, defense counsel may only do so after providing a copy of this stipulation and order to the recipient of the protected material.

///
///
///
///
///
///
///
///
///
///
///
///

14.     Nothing in this stipulation and order shall preclude a party from seeking more restrictive protective orders or other orders regarding particular items of discovery.


Dated:  February 21, 2025                                    MICHELE BECKWITH
                                                             Acting United States Attorney


                                                             /s/ SAM STEFANKI
                                                             CAMERON L. DESMOND
                                                             SAM STEFANKI
                                                             Assistant United States Attorneys


Dated:  February 21, 2025                                    /s/ KYLE KNAPP
                                                             KYLE KNAPP
                                                             Counsel for Defendant
                                                             DARREN TRAMAINE TONY MITCHELL


**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this 24th day of February, 2025.


                                                             THE HONORABLE CHI SOO KIM
                                                             United States Magistrate Judge