**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Darren Mitchell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 20-CR-00239-01 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** SET NEW |
| v. ) | JUDGMENT AND SENTENCING DATE & NEW |
| ) | DISCLOSURE SCHEDULE |
| ) | |
| Darren Mitchell, ) | DATE: July 7, 2025 |
| ) | Time: 10:00 am |
| Defendant. ) | COURT: Hon. William B. Shubb |
| ) | |
| _____ ) | |

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Samuel Stefanki, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, DARREN MITCHELL, that the previously scheduled sentencing date of July 7, 2025, be vacated and the matter set for sentencing on **July 28, 2025, at 10:00am.**

      This continuance is requested to finalize all sentencing mitigation work and research new factual issues implicated by the jury verdict. There was a scheduling issue with defendant's presentence interview, counsel for the defendant was out last week with Covid necessitating cancellation of the defendant's scheduled interview. I have contacted Mr. Stefanki and Mr. Davis from probation and neither have an objection to a three-week continuance and a new sentencing date.

      In light of the above request, the following revised sentencing schedule is requested: Judgment and Sentencing – July 28, 2025; Reply or Statement of Non-Opposition to Motion to Correct PSR;

July 21, 2025; Motion to Correct PSR due July 14, 2025, presentence report due on July 7, 2025, Written objections due June 30, 2025 with the draft report due June 16, 2025.

Dated: May 19, 2025                                   Respectfully submitted.

    /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Darren Mitchell

Dated: May 19, 2025                                   Respectfully submitted.

    /s/ Samuel Stefanki
Samuel Stefanki
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  May 27, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE