Gene David Vorobyov, CA Bar # 200193
Law Office of Gene Vorobyov
2309 Noriega Street, # 46
San Francisco, CA 94122

Appointed Appellate Counsel for Defendant
DARREN MITCHELL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff and Respondent,<br><br>  v.<br><br>DARREN MITCHELL,<br><br>  Defendant and Appellant | No. 2:20-cr-00239-01 WBS<br>[9th Circuit Case No. 25-5289]<br><br>**Order Granting the Motion of Appointed Appellate Counsel for Access to Sealed and NFPV Transcripts and Documents** |

The Court finds good cause and grants appointed appellate counsel access to all sealed and NFPV documents and transcripts, to which the defense had access to in the district court.

IT IS SO ORDERED.

Dated:  December 11, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE